# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SAMUEL REYES REYES<br><br>Debtor(s) | CASE NUMBER: 10-09465-SEK<br><br>CHAPTER 13 |

**TRUSTEE'S REQUEST OF WAIVER TO COMPLY
WITH 11 U.S.C. §1302(d)(1)(A)(i)
REGARDING DOCKET NO. 15**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully**, ALLEGES, STATES** and **PRAYS:**

1. Debtor has informed he/she has a domestic support obligation; however, he/she requested a waiver in providing the information of child support recipient. **Docket #15**.

2. The Trustee has an obligation pursuant 11 U.S.C. §1302(d)(1)(A)(i), to provide written notice to the holder of the DSO claim and the right of such holder to use the services of the State child support enforcement agency.

3. The Trustee herein requests from this Honorable Court a waiver to the trustee to provide the written notice to the holder of the DSO claim as required by 11 U.S.C. §1302(d)(1)(A)(i) since the information is not available.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant the trustee a waiver to comply with 11 U.S.C. §1302(d)(1)(A)(i).

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party in interest whom this document has been served, or any other party to the action who objects the relief sought herein, shall serve and file an objection or other appropriate response to this document with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the document will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the Court may - in its discretion - schedule a hearing. 9013-1(h)(1).

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor at the mailing address of record.

In San Juan, Puerto Rico, November 23, 2010.

**/s/Alejandro Oliveras Rivera**
**Alejandro Oliveras Rivera, Esq.**
**Chapter 13 Trustee**
**PO Box 9024062**
**San Juan, PR 00902-4062**
**Tel. 977-3500 Fax 977-3521**

| | |
|---|---|
| 10-09465-SEK | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JOSE PRIETO CARBALLO ESQ*
PO BOX 363565
SAN JUAN, PR 00936 -3565

SAMUEL REYES REYES
URB BELLO MONTE
Q22 CALLE 7
GUAYNABO, PR 00969

DATED: November 23, 2010

Mario Matos
OFFICE OF THE CHAPTER 13

Page 1 of 1   - CASE   10-09465-SEK