IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SAMUEL REYES REYES

CASE          10-09465-SEK

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **November 12, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 0

3. With respect to the attached payment plan:

AMENDED PLAN DATE: November 09, 2010          PLAN BASE: $20,400.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: <u>12/1/2010</u>

☐ FAVORABLE                    ☒ UNFAVORABLE

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   <u>No payments has been made by debtor.</u>

2. ☐ INSUFFICIENTLY FUNDED § 1325(b) :

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☒ OTHER:
   <u>Provide copy of Court resolution establishing child support obligations and evidence of being current in both DSO accounts.</u>

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$356.00/$2,644.00

Atty: <u>JOSE PRIETO CARBALLO</u>

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062